# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-093-FDW-DCK

| | |
|---|---|
| AMY R. BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLIED INTERSTATE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Arthur H. Piervincenti, concerning David M. Barshay on February 14, 2020. David M. Barshay seeks to appear as counsel *pro hac vice* for Plaintiff, Amy R. Bryan Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. David M. Barshay is hereby admitted *pro hac vice* to represent Plaintiff, Amy R. Bryan.

Signed: February 18, 2020

David C. Keesler
United States Magistrate Judge