IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-093-FDW-DCK

| | |
|---|---|
| AMY R. BRYAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALLIED INTERSTATE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by David Anthony Grassi, Jr., concerning Brendan H. Little, on April 8, 2020. Brendan H. Little seeks to appear as counsel *pro hac vice* for Defendant Allied Interstate LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Brendan H. Little is hereby admitted *pro hac vice* to represent Defendant Allied Interstate LLC.

Signed: April 9, 2020

David C. Keesler
United States Magistrate Judge