UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte DIVISION
DOCKET NO. 3:20-cv-00093-FDW-DCK

| Amy R. Bryan, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Allied Interstate LLC, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiff's Suggestion of Bankruptcy, (Doc. No. 18), and Defendant's Suggestion of Bankruptcy. (Doc. No. 19). On September 10, 2020, Defendant filed a voluntary petition for Chapter 11 relief under the United States Bankruptcy Code. (Doc. No. 18, p. 1; Doc. No. 19, p. 1). Pursuant to 11 U.S.C. § 362 (2018), the Court hereby STAYS this matter until relief from the automatic stay is granted. The parties are also ORDERED to submit status reports to this Court every ninety (90) days.

IT IS SO ORDERED.

Signed: October 13, 2020

Frank D. Whitney
United States District Judge